October 13, 2020

This agreement is an addendum to the Standstill Agreement dated October 31, 2019 by and among Barry Honig and GRQ Consultants Inc collectively on one hand and Greg Cohen Promotions LLC and Gregory D Cohen on the other hand. GCP/Greg Cohen has paid Barry Honig $8,000 since being signed. GCP/Greg Cohen is asking Barry to advance GCP $40,000 which will be used to pay the WBA $40,000 which comprises $25,000 for a special permit fee for the Bogdan DInu fight and a $10,000 processing fee. In addition, GCP has not paid Its annual dues with the WBA and $5,000 will go toward GCP annual dues payment.

If "Dinu" fight does not proceed Greg Cohen and GCP will return $35,000 back to Barry Honig and $5,000 will be added to the $62,000 that Is remaining to "come off the top" from GCP gross revenue.

GCP will earn minimum $250,000 from The Bogdan Dinu Fight Barry Honig will receive the first $62,000 per the balance on the first $70,000 owed per the Oct 31, 2019 settlement agreement. Barry will then receive $40,000 from the monies advanced for the Bogdan Dinu fight. There after Barry will get minimum $74,000 or the greater of 50% of the balance of the total gross revenue.

The understanding is the WBA will order Char versu Dinu to take place within 120 days of granting the special permit. The special permit should be received approximately 7 days after payment is made by GCP

GCP in its contract/agreement with the lead promoter will have all monies in the agreement owed to GCP to be directed to an attorney escrow account provided by Barry Honig. GCP will have to get approval from Barry Honig to sign off on all agreements for the fight.

**Lastly, the balance remaining from the $1,026,000 signed agreement as of October 12, 2020 is $1,018,000 . As for the amount, Honig reserves all of his rights to dispute the payments of such amounts and seek appropriate relief. Moreover, Greg Cohen individually and Barry Honig with GRQ agree that from the time beginning since 2015 Barry Honigs loan to Greg Cohen and GCP to November 10, 2021 shall be excluded from the calculation of any applicable statute of limitations in connection with any claims related to the $1,018,000 (the "tolling period")**

**The new balance is $1,058,000 as of this amendment**

*Plus $72,500*

*Plus 38,000*

Gregory D Cohen, individually

_[signature]_

Greg Cohen Promotions, LLC

_[signature]_

GRQ Consultants, Inc