

BULLDOG BOXING PROMOTIONS LLC

## MEMO OF UNDERSTANDING

April 13, 2021

Let this serve as an understanding between Bulldog Boxing Promotions LLC and Barry Honig. Bulldog Boxing is certifying that Barry Honig and Bulldog Boxing are equal 50/50 partners on all Jarrell Miller events under the Exclusive Promotional Agreement (EPA) between Bulldog & Miller.  All funds generated by Miller events under the Bulldog EPA will be disbursed by mutual agreement between Bulldog and Barry Honig for the life of the agreement.

***Barry Honig or Renee Honig will receive back all monies advanced to Jarrell Miller and monies remaining from debt outstanding to Greg Cohen and GCP, there after all monies earned by Bulldog boxing promotions from its exclusive
promotional agreement, and/or Greg Cohen, GCP with Jarrell Miller for the life of the
agreement will be 50-50.  In addition, Barry Honig will have no role in any business decisions
with Jarrell Miller or governing bodies***

**AGREED & ACCEPTED**

_____
BULLDOG BOXING PROMOTIONS LLC
AUTHORIZED REPRESENTATIVE

_____
BARRY C. HONIG