**From:** bulldogboxingpromotions@gmail.com,
**To:** brhonig@aol.com,
**Cc:** gcohen@colonialventuresllc.com,
**Subject:** June 5th Dinu-Dubois Event
**Date:** Fri, May 14, 2021 7:56 am
**Attachments:**

This email will serve as an official representation that Bulldog Boxing Promotions has instructed Frank Warren/Queensberry Promotions to send the entire POS fee due to Bulldog to Renee Honig as per the wiring instructions you provided. From an accounting perspective this will be recorded as debt repayment from GCP/Greg Cohen to you. There will be no funds received by Bulldog Boxing for this event.

Sincerely

Jonathan Schwartz

