

BULLDOG BOXING PROMOTIONS LLC

MEMO OF UNDERSTANDING

October 4, 2021

Let this serve as an agreement between Bulldog Boxing Promotions LLC (BBP) and Barry Honig (BH) and or his designees and Greg Cohen (GC) and or his designees.  BBP will wire funds as per the instructions provided by BH for 80% of the next $1,800,000 in revenue received by BBP, unless modified in writing by BH by way of a signed notarized document provided by BH to BBP, with the remaining 20% wired as directed by GC.  It is further agreed and understood that certain funds will flow into BBP that should not be considered revenue, such as reimbursement of training expenses, visa expenses, or repayment of fighter advances that were provided to fighter by BH.  In these transactions 100% of the funds received will be wired as per the instructions provided by BH at that time.  After BH is satisfied, the split will revert to 50/50 between BH and GC.  It is expressly agreed and understood that the tax liability for the transactions making up the first $1,800,000 in revenue received by BBP is the responsibility of GC and or Greg Cohen Promotions LLC.  All funds received by BH or his designees are to be categorized as repayment of debt.

It is agreed that BBP will retain $10,000 for each Dubois bout that BBP is a co-promoter of and other compensation for BBP will be agreed upon in good faith between BH, BBP & GC.  It is also understood that a more formal long form agreement amongst the parties will be executed as soon as possible.

**AGREED & ACCEPTED**

_____
**BARRY HONIG**

_____
**GINO LIMERI, PRESIDENT BULLDOG BOXING PROMOTIONS**



BULLDOG BOXING PROMOTIONS LLC

_____
GREG COHEN