## ASSIGNMENT & ASSUMPTION AGREEMENT

**December 3, 2020**

This agreement between LPMG Boxing Promotions (LPMG) with their principal place of business being in Lagos Nigeria & Greg Cohen Promotions (GCP) with their principal place of business being in New York NY, herein referred to as "the parties." GCP wishes to assume a 100% interest in the Exclusive Promotional Agreements (EPA's) between LPMG and Manyo Plange, Anthony Yigit, Bastie Samir, Habib Ahmed, Emile Kalekuzi, Wasiru Mohammed, Emmanuel Martey, Adebayo Solomon, for the sum of $165,000 payable within one day of the execution of this document. LPMG represents to GCP that they are in full compliance with the various EPA's mentioned above for all eight Boxers and that LPMG is free to assign their rights to GCP in their sole and absolute discretion. The parties represent that they are free and clear to enter into this agreement without restriction.

**AGREED & ACCEPTED**

_____
**MALI ANNUR, LPMG**


_____
**GREGORY COHEN, GCP**