

**GREG COHEN PROMOTIONS**

## MEMO OF UNDERSTANDING

December 3, 2020

Let this serve as our understanding regarding the Kazeem deal and the deal for the eight fighters (Plange, Yigit, Samir, Habib, Kalekuzi, Mohammed, Martey, Adebayo). The Kazeem deal $15k profit went to Barry Honig & Barry agreed to reduce Greg Cohen's indebtedness by $15k. The ongoing interest in Kazeem will be split 50/50 between Barry and Greg. The eight fighter flip deal cash compensation will be split 2/3 Barry's way and 1/3 Greg's way. The ongoing interest in the profits of the eight fighters will be split 50/50 between Barry & Greg

**AGREED & ACCEPTED**

\*\*\*BARRY HONIG WILL RECEIVE HIS $165,000 PRINCIPAL BACK FIRST AND THEREAFTER THE PROFITS WILL BE SPLIT AS STATED ABOVE\*\*\*

_____
**GREGORY COHEN**

_____
**BARRY HONIG**

350 Fifth Avenue 68th Floor| New York New York | 10118
P: 212.851.6425 | F: 212.208.4472