# GCP
## GREG COHEN PROMOTIONS

May 25, 2021

Subject: Carlos Canizales May 28th 2021 bout and Kyoguchi bout

Barry, let this serve as our understanding regarding our 108 Lbs. World Champion Carlos Canizales making a title defense V. Esteban Bermudez May 28th in Mexico. Immediately after the bout the WBA will order the winner to face WBA Super Champion Kyoguchi within 90 days. Kyoguchi is promoted by Eddie Hearn and is exclusively on DAZN. The Kyoguchi bout will generate $150k in profits for us to be distributed $100k to BH, $50k to GCP. All monies will flow as directed by BH. In the event that the promotional fees are less than $150,000 Barry Honig is to receive the first $100,000 in promotional fees, advisory fees, any additional compensation above $150,000 will be split 67% to Barry Honig and 33% to Greg Cohen Promotions or their nominee.

Canizales has agreed to fight for zero purse on the 28th. We will pay $57,500 for the opponent plus travel expenses for the bout. Canizales has agreed that GCP can recoup the $60k advance + the $57,500 the May 28th bout is costing us + $18,000 in visa expenses totaling $135,500 in expenses in addition to the $150k in promotional profits. The entire $135,500 in recoupment is to be paid to BH.

In the event that Bermudez is victorious GCP has secured 100% of his rights moving forward and the economics for the Kyoguchi bout (including recoupment) will be the same as Canizales V. Kyoguchi.

In addition, after Barry Honig is repaid 100% of his debt outstanding, he will retain 50% of all profits earned by Canizales and all fighters in Greg Cohen Promotions stable/roster, Bulldog Boxing Promotions stable/roster, or any other boxing related entity that Greg Cohen or any of his family members or nominees have an interest in.

**AGREED & ACCEPTED**

_____
**GREG COHEN – GCP**


_____
**BARRY HONIG**