

**World Boxing Association**
WWW.WBANEWS.COM

January 5th, 2021

Dear Greg on behalf of GCP:

Please accept this letter as not only a receipt, but a heartfelt thank you from our organization.

The pandemic has created challenges across the globe and has hit some industries extremely hard. Our sport, the sport of boxing has been hit by extreme hardship. The opportunities for the young up and coming prospects and neophytes are almost nonexistent around the world. Other than a handful of events, the industry as a whole is still on lockdown. Many prominent young boxers and champions alike have had to endure a hiatus that was impossible to see coming.

The unwavering support of GCP has been appreciated over the decades we have worked together. In a sport where backstabbing and less than honorable practices are the norm, it is refreshing to have our reliable friend "GCP/Greg" in lock step with us and our agenda to bring boxing back to the prominence the sport once enjoyed. We are fighters by nature and will continue to press on and fight the good fight regardless of the trials and tribulations thrown our way. Later this year we will be celebrating the organizations 100th year anniversary. We are the oldest sanctioning body in the world. We look forward to things being back to quasi normal by then, with a regular schedule of events both large and small.

It is with great appreciation that we acknowledge and recognize GCP's desire to pitch in by prepaying sanctioning, officials, permit and licensing fee's for some of the upcoming Title bouts that will take place throughout the year, commencing in the first Quarter. One of the ways we can reciprocate is by giving GCP a credit of 3 to 1 for every dollar they elect to prepay. We will permit up to $75,000 in prepayments and will extend up to a $225,000 credit which will be applied against any and all organization fee's until the credit has been reduced to zero.

Thank you once again for your continued friendship, support and commitment to our organization.

Sincerely,

*Gilberto Jesus Mendoza*
WBA President