| | |
|---|---|
| **From:** | Gcohen <gcohen@gcpboxing.com> |
| **Sent:** | Tuesday, July 27, 2021 1:44 PM |
| **To:** | Gilberto Jesus Mendoza |
| **Subject:** | Bastie Samir |

Gilberto, as per our conversation this morning, please confirm that after filing the Expedited Special Permit for Bastie Samir to fight for the WBA Light Heavyweight World Championship, in the event that Samir is not granted the World Title opportunity the $35,000 fee will be reimbursed to GCP.

Thank you

Gregory D. Cohen
(973) 699-4714 (C)
(212) 851-6425 (W)
Sent from my iPhone

| | |
|---|---|
| **From:** | Gcohen <gcohen@gcpboxing.com> |
| **Sent:** | Tuesday, July 27, 2021 1:53 PM |
| **To:** | Gilberto Mendoza |
| **Subject:** | Bastie Samir |

Gilberto, as per our conversation this morning, please confirm that after filing the Expedited Special Permit for Bastie Samir to fight for the WBA Light Heavyweight World Championship, in the event that Samir is not granted the World Title opportunity the $35,000 fee will be reimbursed to GCP.

Thank you

Gregory D. Cohen
(973) 699-4714 (C)
(212) 851-6425 (W)
Sent from my iPhone

1

**From:** Gcohen <gcohen@gcpboxing.com>
**Sent:** Tuesday, July 27, 2021 1:58 PM
**To:** Barry Honig
**Subject:** Fwd: Bastie Samir

Barry, see below….

Gregory D. Cohen
(973) 699-4714 (C)
(212) 851-6425 (W)
Sent from my iPhone

Begin forwarded message:

> **From:** Gilberto Mendoza <gilbertojesusjrwba@gmail.com>
> **Date:** July 27, 2021 at 9:56:20 AM EDT
> **To:** Gcohen <gcohen@gcpboxing.com>
> **Subject: Re: Bastie Samir**
>
> yes, confirmed
>
> On Tue, Jul 27, 2021 at 9:52 AM Gcohen <<u>gcohen@gcpboxing.com</u>> wrote:
>> Gilberto, as per our conversation this morning, please confirm that after filing the Expedited Special Permit for Bastie Samir to fight for the WBA Light Heavyweight World Championship, in the event that Samir is not granted the World Title opportunity the $35,000 fee will be reimbursed to GCP.
>>
>> Thank you
>>
>> Gregory D. Cohen
>> (973) 699-4714 (C)
>> (212) 851-6425 (W)
>> Sent from my iPhone

1