EXHIBIT - L



**World Boxing Association**

WWW.WBANEWS.COM

September 29th, 2021

Subject: Prepayment of Organization Fees

Dear Greg:

The WBA acknowledges and recognizes GCP's agreement to prepay $125,000 USD for sanctioning, officials, permit and licensing fees for their upcoming Title bouts that will take place throughout the next year, commencing in the fourth quarter of 2021. We have agreed to extend a credit of $250,000 (2 to 1) to be applied against the fee's owed to the WBA for upcoming events, which will be applied against any and all organization fees until the credit has been reduced to zero. The WBA is extending GCP the option to notify the WBA within 72 hours of the next WBA sanctioned event that GCP is a party to, where GCP can request the return of their $125,000 in prepaid fee's in lieu of receiving the 2 to 1 credit. In the event that GCP elects the repayment option, the WBA will wire GCP the requested funds within three days of receiving the request. Thank you once again for your continued support and commitment to our organization.

Sincerely,

Gilberto Jesus Mendoza
WBA President