| | |
|---|---|
| **From:** | Greg Cohen <gcohen@colonialventuresllc.com> |
| **Sent:** | Thursday, September 29, 2022 2:53 PM |
| **To:** | Bryan Almeida; Jeff Neiman; Barry Honig |
| **Cc:** | Gino Limeri |
| **Subject:** | Step Aside Memo |
| **Attachments:** | VS_Step_Aside_Memo.pdf |

Gregory D. Cohen
(973) 699-4714 (C)
(212) 851-6425 (W)
Sent from my iPhone

## STEP ASIDE MEMO

September 23rd, 2022

It is agreed and understood that Vladyslav Sirenko has decided to forego the opportunity to participate in a boxing contest on the 24th of September, 2022 at the Manchester Arena. Instead he has opted to participate in a boxing contest at Heavyweight in Cardif Wales on the third of December, 2022 v. Joseph Joyce. The contest has been approved for sanctioning by the World Boxing Organization for the Interim World Championship. The compensation that will be paid to Mr. Sirenko's exclusive promoter will be paid as follows. One hundred thousand dollars to be paid within seven business days of today. Payment will be made directly to the Mr. Sirenko's promoter Bulldog Boxing Promotions LLC via wire transfer. No fees or taxes shall be deducted from the payment and all local and state taxes owed are the sole responsibility of the recipient of the fee, Bulldog Boxing Promotions LLC. It is agreed and accepted that the gross fee that Bulldog Boxing Promotions is to receive for delivering the services of Mr. Sirenko on the third of December will be four hundred fifty thousand dollars, net of taxes and fees. All fees shall be paid directly to Bulldog Boxing Promotions LLC by the network provider of the event BT (British Telecom) or in the event that the funds are posted in escrow before the bout with the World Boxing Organization, they will forward the payment to Bulldog Boxing Promotions LLC the payment within seven business days of the completion of the event. Long form agreement to follow.

Terms Above Are Agreed & Accepted By The Undersigned:

_____

Michael Cameron, Authorized Representative

Vladyslav Sirenko

_____

Gino Limeri, Bulldog Boxing Promotions LLC



_____

Lee Beard, Queensbury Promotions Representative