| | |
|---|---|
| From: | george warren <george@frankwarrensqp.com> |
| Sent: | Friday, December 2, 2022 9:14 PM |
| To: | barry honig; Frank Warren; Greg Cohen; Gino Limeri |
| Subject: | Re: |

Barry-
We could not have been more clear that the week of a Tyson Fury event would be impossible for us to get together. The two weeks before & two weeks after are also very difficult for us because this 41 week time frame is our busiest of the year. Not to mention my dad is having back surgery a few days after the Dec 3rd event and is not in good condition.

I have remained in constant contact with Greg and have made essentially any concession asked of us in order to settle our outstanding issues.

I have never had a co-promoters creditor engage with our company in the manner that you have.

The fact that we have been responsive to you and engaged in back in forth with you when our contractual relationship is with GCP and Bulldog is out of our respect for Greg & his insistence that we do so.

We are making payment as I told Greg and I'm sure he conveyed to you from the proceeds of our event from last week with BT which we have not received as of the writing of this email.

The true dollar amount that Bulldog is owed is approximately $170k. We have been agreeable to penalties and legal fee concessions of $100,000+

No one on our side is attempting to circumvent our obligation to Bulldog, quite the contrary, we are pleased to put this behind us.

I have also made Greg aware of the Dubois v. Miller bout for March/April & the Joe Joyce bout for either Sirenko or Dychko in the same time frame. For Dychko it would be in excess of $1,200,000 POS fee as opposed to $450k POS for Sirenko. Then the winner of Dubois/Miller is the enforceable Mandatory for the winner of Fury/Usyk. The promotional profit for either Dubois/Miller v. Fury/Usyk will be in the $6,000,000-$10,000,000+ range. Truth be told if Miller defeated Daniel, he would generate more worldwide revenue due to his charismatic aura and larger than life personality.

The reason I point all this out is that we are acutely aware that in order for many of these things to transpire, we need cooperation from Greg and Gino. We may not be the most keen group, but I can assure you that we understand basic arithmetic and will not allow a couple of hundred thousand dollars to stand in the way of tens of millions.

We are in agreement that the outstanding monies need to be paid to Bulldog immediately. They will be.

Many thanks,

GW