| | |
|---|---|
| **From:** | george warren <george@frankwarrensqp.com> |
| **Sent:** | Thursday, December 8, 2022 7:49 PM |
| **To:** | Gino Limeri |
| **Cc:** | Greg Cohen; barry honig; Frank Warren |
| **Subject:** | Acknowledgement & Release |
| **Attachments:** | QP_BBP_A&R.pdf |

Gentlemen, please see attached.


Many thanks



12/8/22

Acknowledgement & Release

Private & Confidential

Dear Mr. Gino Limeri:

Queensberry Promotions Limited (QP) is making a payment to Bulldog Boxing Promotions LLC (BBP). The agreed upon payment is for past due profit participation ($70k USD), a penalty clause ($50k), a past due step aside payment ($100k) and a reimbursement of legal expenses to BBP ($50k) total: $270k USD. Upon receipt of this payment both BBP & QP will agree to exchange reciprocal general releases.

Please confirm by written correspondence, email is sufficient, that you are in agreement with the acknowledgment and release language provided above. The parties also agree that they will keep the terms of this transaction confidential.

Sincerely,

George Warren
CEO Queensberry Promotions

| | |
|---|---|
| **From:** | Gino Limeri <GinoLimeri@bulldogboxingpromotions.com> |
| **Sent:** | Thursday, December 8, 2022 8:17 PM |
| **To:** | george warren |
| **Cc:** | Greg Cohen; barry honig; Frank Warren |
| **Subject:** | Re: Acknowledgement & Release |

George,

On behalf of Bulldog Boxing Promotions LLC, I am in agreement with your Acknowledgement and release memo.

Sincerely,

Gino Limeri
Bulldog Boxing Promotions

---

**From:** george warren <george@frankwarrensqp.com>
**Sent:** Thursday, December 8, 2022 2:48 PM
**To:** Gino Limeri <GinoLimeri@bulldogboxingpromotions.com>
**Cc:** Greg Cohen <gcohen@colonialventuresllc.com>; barry honig <brhonig@aol.com>; Frank Warren <frank@frankwarrensqp.com>
**Subject:** Acknowledgement & Release

Gentlemen, please see attached.

Many thanks

1