UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HONIG AND GRQ CONSULTANTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY D. COHEN, GREG COHEN PROMOTIONS LLC, and BULLDOG BOXING PROMOTIONS LLC, <br><br> Defendants. | Civil Action No. 2:23 cv 11104 (JXN) (JBC) |

## **ORDER**

WHEREAS, Defendant Greg Cohen Promotions LLC ("GCP") states that it is a citizen of Florida, which, if true, would defeat diversity jurisdiction in that Plaintiffs are citizens of Florida;

WHEREAS, Defendants GCP and Cohen have argued that a contractual forum-selection clause requires at least some of the disputes in this action to be heard exclusively in the state or federal courts located in New York County, New York;

WHEREAS, Plaintiffs represent that they have no objection to litigating the claims currently asserted in their First Amended Complaint without GCP in the Southern District of New York and have sought dismissal without prejudice or a transfer;

NOW, THEREFORE, IT IS HEREBY

**ORDERED** that, for good cause shown, this action is dismissed in its entirety

**without prejudice**, with each party to bear its own costs.

The Clerk is respectfully requested to close this case.

SO ORDERED.


Dated: November __, 2023


_____
Hon. Julien Xavier Neals, U.S.D.J.