UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HONIG AND GRQ CONSULTANTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY D. COHEN, GREG COHEN PROMOTIONS LLC, and BULLDOG BOXING PROMOTIONS LLC, <br><br> Defendants. | Civil Action No. 2:23 cv 11104 (JXN) (JBC) |

## ORDER

WHEREAS, plaintiffs have filed the complaint in the above action alleging diversity jurisdiction pursuant to 28 U.S.C. 1332; and

WHEREAS, defendant Greg Cohen Promotions LLC ("GCP") has provided plaintiffs documentation showing that members of GCP are citizens of the State of Florida (a location common with plaintiffs in this action) and whereas such mucual citizenship would defeat diversity jurisdiction; and

WHEREAS, certain claims of the plaintiffs may arise from a contractual forum-selection clause which may require that at least some of the claims in this action may be required to be heard exclusively in the state or federal courts located in New York County, New York;

WHEREAS, Plaintiffs intend to refile their First Amended Complaint in

658300-1

U.S. District Court, Southern District of New York and will be omitting GCP as a defendant in this refiled action; and

WHEREAS the parties have submitted pre-motion letters setting forth their respective positions on defendants' request to file a motion to dismiss;

NOW, THEREFORE, IT IS HEREBY

**ORDERED** that, for good cause shown:

a. Claims against GCP are hereby dismissed with prejudice; and

b. The balance of the First Amended Complaint is hereby dismissed without Prejudice.

The Clerk is respectfully requested to close this case.

SO ORDERED.


Dated: November __, 2023


_____
Hon. Julien Xavier Neals, U.S.D.J.

658300-1